# In the United States District Court for the Southern District of Georgia Brunswick Division

RITCHIE DEWARN SIMS, : CIVIL ACTION
:
    Plaintiff, :
:
v. :
:
DONALD HUDSON, Associate Warden, and DEBORAH A. HICKEY, Warden, :
:
: NO. CV209-26
    Defendants.

## ORDER

On January 4, 2010, Magistrate Judge James E. Graham entered a report and recommendation suggesting dismissal of Plaintiff's case. Judge Graham concluded that Sims' constitutional rights were not violated by the prison's shower-restriction policy. After an independent review of Sims' objection to the Magistrate Judge's findings, the Court concurs with the Magistrate Judge's suggested disposition of the case and hereby **ADOPTS** the report and recommendation as the order of the Court.

The Court assumes, *arguendo*, that the prisoner honestly believed that he needed to shower before Friday prayers to satisfy his religious beliefs. Nonetheless, the Court finds

that the prison's water restrictions did not substantially burden Sims' free-exercise rights. Here, there is no dispute that Sims was permitted to shower between 6:00 a.m. and 8:00 a.m. each morning, and Plaintiff has submitted no evidence that indicates that taking a shower at that time would present an unacceptable delay before Juma'h, or Friday prayers, under Islamic law or teaching. Plaintiffs' other claims merit no further discussion.

Plaintiff's objection is **OVERRULED**. Dkt. No. 45. The Clerk shall enter judgment accordingly.

**SO ORDERED**, this __17th__ day of February, 2010.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA